# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 24-cr-00266-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| MICHAEL WAYNE SMITH (01) | MAGISTRATE JUDGE HORNSBY |

# O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS ORDERED** that Defendant's guilty plea is accepted, and the Court hereby adjudges Defendant guilty of the offense charged in Count One of the Indictment.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 6th day of March, 2025.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE